IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CR. NO. 94-458-1 |
| | : | CA. NO. 10-2162 |
| v. | : | |
| | : | |
| SEAN BRANHAM | : | |

# O R D E R

**AND NOW,** this 21st day of December, 2011, upon consideration of Defendant Sean Branham's Pro Se Petition for Habeas Corpus Relief under 28 U.S.C. § 2255 filed on May 13, 2010 (Doc. No. 87 in CR No. 94-458-1), Mr. Branham's Amended Petition for Habeas Corpus Relief (Doc. No. 92 in CR No. 94-458-1), the Government's Motion to Dismiss (Doc. No. 94 in CR No. 94-458-1), all responses thereto, and for the reasons set forth in the accompanying Memorandum of this date, it is hereby **ORDERED** that the Petition (Doc. No. 87 in CR No. 94-458-1) and the Amended Petition (Doc. No. 92 in CR No. 94-458-1) are **DENIED**. No certificate of appealability shall issue and the Clerk shall mark these cases **CLOSED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge